■ In the Matter of CHAD A. WALTERS, Respondent, v ARLOA WEST, Appellant. [942 NYS2d 845]—Appeal from an order of the Family Court, Wayne County (Dennis M. Kehoe, J.), dated March 31, 2011 in a proceeding pursuant to Family Court Act article 6. The order awarded custody of the parties' children to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Centra, J.P., Peradotto, Sconiers and Martoche, JJ.

■ In the Matter of ANGEL M. HAYNES et al., Respondents, v ONONDAGA COUNTY DEPARTMENT OF SOCIAL SERVICES et al., Respondents, and SUZANNE M. LOCKWOOD, Appellant. [942 NYS2d 823]—Appeal from an order of the Family Court, Onondaga County (Gina M. Glover, R.), entered February 25, 2011 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted petitioners-respondents Angel M. Haynes and Robert Haynes joint legal and physical custody of the subject child.

Now, upon the stipulation and order of Family Court, Onondaga County, entered March 1, 2012 and upon reading and filing the stipulation of discontinuance sworn to by respondent-petitioner on February 22, 2012, and signed by respondent-petitioner's attorney on March 7, 2012,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Peradotto, Carni, Sconiers and Martoche, JJ.